USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ARMEN BABAMIAN,

            Plaintiff,

  – against –

THE GOLDMAN SACHS GROUP, INC. LONG TERM
DISABILITY PLAN, THE GOLDMAN SACHS
GROUP, INC. MEDICAL PLAN, THE GOLDMAN
SACHS GROUP, INC. DENTAL PLAN, THE
GOLDMAN SACHS GROUP, INC. BASIC LIFE
INSURANCE PLAN, AND LIFE INSURANCE
COMPANY OF NORTH AMERICA,

           Defendants.
--------------------------------------------------------X

Civil Action No.:
CV 06-3041
Judge Chin

STIPULATION OF DISCONTINUANCE
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, on the merits and without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals and that the within Stipulation of Discontinuance with Prejudice may be filed without further notice with the Clerk of the Court.

Dated: July 18, 2007
Hauppauge, New York

DEHAAN BUSSE LLP

By: _____
Paul M. Kampfer (PK 9186)
Attorneys for Plaintiff
300 Rabro Drive
Suite 101
Hauppauge, New York 11788
Telephone: (631) 582-1200

RUSSO, KEANE & TONER, LLP

By: _____
Kevin Horbatiuk (KH 4977)
Attorney for Defendant
Life Insurance Company of North America
26 Broadway, 28th Floor
New York, New York 10004
Telephone: (212) 482-0001

SO ORDERED:

_____
U.S.D.J.   7/18/07